# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JOSHUA CHILLOUS

    v.

KOVATCH MOBILE EQUIPMENT CORP.;
And ONSCENE SOULTIONS LLC,

    Defendant.

No. CV224-49

## ORDER

Before the Court is the Consent Motion to Reset the Hearing on Motions for Partial Summary Judgment currently scheduled for October 10, 2025. Dkt. No. 84. Accordingly, the motion is **GRANTED**. The Motion Hearing is rescheduled to Friday, October 24, 2025 at 2:00 pm at the Federal Courthouse in Brunswick, Georgia.

**SO ORDERED**, this _10_ day of September, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA